IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN THE MATTER OF THE
SEARCH OF:
Black Chevrolet Avalanche pickup truck, bearing Georgia license plate number RKB5799

CASE NO. 3:18MJ171-SLO

## ORDER SEALING APPLICATION FOR SEARCH WARRANT, SUPPORTING AFFIDAVIT, SEARCH WARRANT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application for Search Warrant, Supporting Affidavit, Search Warrant and Return for captioned matter be sealed and kept from public inspection.

3-27-18
DATE

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE